IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARCO, INC.,                              :

    Plaintiff,                         :

                                      Case No. 3:09cv157

    vs.                                :

                           JUDGE WALTER HERBERT RICE

Q4 SERVICES LCC,                          :

    Defendant.                         :

---

TEMPORARY RESTRAINING ORDER

---

    Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, the Court hereby enters a Temporary Restraining Order, prohibiting Plaintiff Barco, Inc. ("Barco"), its employees, agents, officers and anyone acting in concert with it from shipping the display system, including a collimating film mirror, referred to in Barco's Notice of Shipment of Display System (Doc. #127), and which was scheduled to be shipped on June 28, 2010.  As provided by Rule 65(b)(2), this Temporary Restraining Order shall remain in effect for 14 days, unless extended by the Court during that period.

- 2 -

The Court has considered the question of bond, and concludes that it will be set in an amount not less than Barco's anticipated profit from this particular shipment.  The Court will fix the amount of that bond by a subsequent Entry.

June 30, 2010

                                           /s/ Walter Herbert Rice
                                       WALTER HERBERT RICE, JUDGE
                                       UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record.